UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11-cr-00312 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| KEVIN V. LEDAY | MAGISTRATE JUDGE HILL |

**O R D E R**

For the reasons orally assigned in the Official Transcript of the Plea Hearing of the Magistrate Judge in the transcript previously filed herein [Record Document 20], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant, Kevin V. Leday, before Magistrate Judge C. Michael Hill is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of March, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE